TUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARCADIO GONZALEZ,

                        Plaintiff,

-against-                       25-CV-6673 (CS)

DOCTOR FREDERICK PARKER; "HEAD        ORDER OF SERVICE
DOCTOR" R. FERDOUS; AND NURSE
ADMINISTRATOR MS. ROA,

                        Defendants.

CATHY SEIBEL, United States District Judge:

      Plaintiff, who currently is incarcerated in the Sing Sing Correctional Facility, brings this action, *pro se*, under 42 U.S.C. § 1983, alleging that Defendants violated his federally protected rights. By order dated August 19, 2025, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.[1]

      Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service.[2] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

---

[1] Prisoners are not exempt from paying the full filing fee, even when they have been granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

[2] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses issue.

To allow Plaintiff to effect service on Defendants through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of the Defendants. The Clerk of Court is further instructed to issue summonses for each of the Defendants and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is instructed to: (1) issue summons for Defendants Doctor Frederick Parker; "Head Doctor" R. Ferdous; and Nurse Administrator Ms. Roa; (2) complete the USM-285 forms with the addresses for the Defendants; and (2) deliver all documents necessary to effect service of summonses and the complaint on the Defendants to the U.S. Marshals Service.

The Clerk of Court is directed to mail an information package to Plaintiff.

SO ORDERED.

Dated:   August 27, 2025
         White Plains, New York

*Cathy Seibel*
_____
CATHY SEIBEL
United States District Judge

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. Dr. Frederick Parker
   Sing Sing Correctional Facility
   354 Hunter Street
   Ossining, New York 10562

2. Head Dr. R. Ferdous
   Sing Sing Correctional Facility
   354 Hunter Street
   Ossining, New York 10562

3. Nurse Administrator Ms. Roa
   Sing Sing Correctional Facility
   354 Hunter Street
   Ossining, New York 10562