

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

December 4, 2025

**<u>Via ECF</u>**
Hon. Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Conference adjourned to 1/8/26 at 10:15 am.
~~Conference adjourned to 1/8/25 at 10:15 am~~
~~XXXXXXXXXXXXXXXXXXXXXXXXXXXX~~
The Clerk of Court is respectfully directed to terminate ECF No. 14.

SO ORDERED.

*Cathy Seibel*                    12/4/25
CATHY SEIBEL, U.S.D.J.

Re:    *Gonzalez v. Parker et. al.*, S.D.N.Y. 25 Civ. 6673 (CS)

Dear Judge Seibel:

The Office of the New York Attorney General ("OAG") represents Defendants Dr. Frederick Parker ("Dr. Parker") and Dr. Razia Ferdous ("Dr. Ferdous" and together "Responding Defendants"). Responding Defendants write to request a brief adjournment of the January 6, 2026, pre-motion conference. (ECF 13).

An adjournment is sought because the undersigned is scheduled to appear for a final pre-trial conference in *Taylor v. Mulligan,* 21 Civ. 6452 (VB) on January 6, 2026 at 10:00 a.m. Therefore, I will be unavailable on January 6, 2026, at 10:15 a.m. Incidentally, I am also scheduled to appear for in-person case management conference in *Maldonado v. Gunsett,* 21 Civ. 3719 (VB) on January 7, 2026, at 10:00 a.m.

Accordingly, I am available, either in person or by phone, in the afternoon on January 6 or January 7, 2026. I am also available on January 8 and 9, 2026.

This is the first request for an adjournment. I did not request the consent of incarcerated Plaintiff pro se to adjourn the conference because of the difficulties communicating by mail and I wanted to make this request forthwith.

I thank the Court for its attention to this matter.

Hon. Cathy Seibel                                                    Page 2 of 2
*Gonzalez v. Parker,* S.D.N.Y. 25 Civ. 6673
December 4, 2025

Respectfully submitted,

LETITIA JAMES
Attorney General
State of New York
*Attorney for Defendant*


/s/ Samuel A. Blaustein
SAMUEL A. BLAUSTEIN
Assistant Attorney General
212-416-8177
Samuel.Blaustein@ag.ny.gov


Cc:    (Via First Class Mail)
       Arcadio Gonzalez
       DIN 07-A-5305
       Sing Sing Correctional Facility
       354 Hunter Street
       Ossining, N.Y. 10562