UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

Arcadio Gonzalez,

               Plaintiff,

          against-

Dr. Parker, et. al.,
                  Defendants.
--------------------------------------------------------X

**MOTION ASKING FOR AN
EXTENSION TO FILE AN
AMENDED COMPLAINT**

25-CV-6673 (CS)

1. I, Arcadio Gonzalez, am the Plaintiff in the above caption proceeding pro-se, and under the penalty of perjury of the United States say the following:

2. As it may be verified, this Court granted the Plaintiff until April 16, 2026, to file an amendment complaint in this action.

3. Plaintiff is a pro-se in this action, a layman who lack understanding of the judicial system and filing procedures, who need the assistance of a law clerk to prepare and file any legal document to the court, since this involve complex and meritorious federal constitutional violations.

4. In this facility access to the law library is very limited, which is usually open from Monday to Friday on am/pm modules. Fortunately, Plaintiff was assigned a clerk to assist him, however, this clerk is assisting other prisoners with deadlines. Hence, for the clerks to assist me in preparing and filing a Reply in this action, Plaintiff is humbly asking this Court to grant an additional 30 days extension of time (until May 16, 2026), to file the amendment complaint.



RECEIVED
APR 14 2026
PRO SE OFFICE

1

WHEREFORE, in order to allow the Plaintiff a fair opportunity to present an adequate Amended Complaint, Plaintiff humbly ask this Court to grant an extension of 30 days (until May 16, 2026), and any other further relief that this Court deems just and proper.

Dated: April 9, 2026.

Respectfully submitted,

Arcadio Gonzalez 07-A-5305
Pro-Se

The Court grants Plaintiff one final extension.for his Amended Complaint.  He has had Defendants' pre-motion letter since December 1, 2025, and the conference at which I granted leave to amend was on January 8, 2026.  This request sets forth the identical reason as the last one.  If Plaintiff cannot get help, he should do the best he can on his own, because there will be no further extensions.

Amended Complaint due 5/18/26.  Motion to dismiss (or Answer) due 6/17/26.  Opposition to motion due 6/24/26.  Reply due 8/7/26.

SO ORDERED.

CATHY SEIBEL, U.S.D.J.                    4/16/26

The Clerk shall terminate ECF No. 19.

2

## PROOF OF SERVICE

I, Arcadio Gonzalez, proceeding pro-se, declare under Penalty of Perjury of the United States, that on April 9, 2026, I mailed a copy of Plaintiff's Motion Asking for 30 days Extension of Time to File an Amended Complaint, to the Attorneys representing the Respondent in this action at the following addresses:

Samuel A. Blaustein
Assistant Attorney General
Litigation Bureau
28 Liberty Street
New York, New York 10005

Dated: April 9, 2026.

Respectfully submitted,

Arcadio Gonzalez 07-A-5305
Pro-Se

3

Case 7:25-cv-06673-CS   Document 20   Filed 04/16/26   Page 4 of 4

SING SING CORRECTIONAL FACILITY
354 HUNTER STREET
OSSINING, NEW YORK  10562

NAME: Arcadio Gonzalez          DIN: 07-A-5305



RECEIVED
SDNY PRO SE OFFICE
2026 APR 14  AM 10: 48

Urgent-Legal Mail

WESTCHESTER NY 105
9 APR 2026 PM 2 L

FIRST-CLASS MAIL
IMI
US POSTAGE $000.74

ZIP 10562
041M11470503

Clerk U.S. District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
N.Y.C. 10007-1312

RECEIVED
APR 13 2026
CLERK'S OFFICE
S.D.N.Y.

10007-133099